909 A.2d 299

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Wayne Cordell MITCHELL, Appellant.**

**No. 309 CAP.**

Supreme Court of Pennsylvania.

Oct. 4, 2006.

## *ORDER*

PER CURIAM.

AND NOW, this 4th day of October, 2006, the Application for Reargument is DENIED.